# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Jasmine A. Miller` | ) | Case No.: 20-81769-CRJ-7 |
| SSN: xxx-xx-7379 | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW the Trustee, Tazewell T. Shepard, and moves this Court to dismiss the above Chapter 7 case as Debtor has failed to attend two consecutive scheduled 341 Meeting of Creditor hearings. The first on August 27, 2021 and the latest hearing on September 24, 2021. The Trustee has now been informed by Debtor's counsel that he has been unable to contact the Debtor, and is unable to move forward with the case.

Respectfully submitted this 24th day of September, 2021.

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard
*Trustee in Bankruptcy*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, Alabama 35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

This is to certify that I have this 24th day of September, 2021, served the foregoing document upon the Amy K. Tanner, Debtor's Counsel, Bond, Botes, Syskstus. Tanner & Ezzell PC, 225 Pratt Avenue, NE, Huntsville, AL 35801; Jasmine A. Miller, Debtor, 3014 Boswell Drive, Huntsville, AL 35811, on all creditors as listed on the Clerk's Certified Matrix, and upon Richard M. Blythe, Esq., Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, Alabama 35602, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage prepaid.

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard